AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

6/1/21

SEAN F. McAVOY, CLERK

CHARLES JOSEPH REEVIS, also known as The Great Chief Archangel Saint Michael,

*Plaintiff*

v.

SPOKANE COUNTY DETENTION SERVICES, SPOKANE COUNTY SUPERIOR COURTS and U.S DISTRICT COURT EASTERN DISTRICT OF WASHINGTON AND IDAHO,

*Defendant*

Civil Action No. 2:21-CV-00026-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: This action is DISMISSED with prejudice as frivolous, malicious, and for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Rosanna Malouf Peterson

Date:  June 1, 2021

CLERK OF COURT

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*
Courtney Piazza